[Nos. 24397-4-III; 24474-1-III.   Division Three.   January 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACY WAYNE LYDEN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. PAMELA JOYCE NELSON, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 03-1-00424-4 and 03-1-00423-6, Jerome J. Leveque and Harold D. Clarke III, JJ., entered July 29, August 22, and November 28, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 24560-8-III.   Division Three.   January 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO AYALA MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 05-1-00775-9, James P. Hutton, J., entered September 13, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 24654-0-III.   Division Three.   January 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY JAMES WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00643-0, Neal Q. Rielly, J., entered October 25, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Brown, J.